IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

CARMELO PAGAN RAIMUNDI

ANA CELIA TIRADO MALDONADO

XXX-XX-2881

XXX-XX-2295

Debtor(s)

CASE NO. 04-01855 SEK

Chapter 13

FILED & ENTERED ON 09/17/2007

# O R D E R

For the reasons stated in the Trustee's Motion to Dismiss filed on 08/31/2007, which has not been opposed, this case is hereby dismissed.

The Clerk will close all proceedings, vacate any hearing date and notify this Order.

The Clerk will give notice of this Order.

GIVEN in San Juan, Puerto Rico, 17 day of September, 2007.

Sara E. De Jesus Kellogg
U.S. Bankruptcy Judge

C: ALL CREDITORS
   DEBTORS
   JUAN O CALDERON LITHGOW
   JOSE RAMON CARRION MORALES