IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

CARMELO PAGAN RAIMUNDI

ANA CELIA TIRADO MALDONADO

XXX-XX-2881

XXX-XX-2295

Debtor(s)

CASE NO. 04-01855 SEK

Chapter 13

FILED & ENTERED ON 08/27/2008

## ORDER DISCHARGING TRUSTEE AND CLOSING ESTATE

The Order or Judgment dismissing this case was entered on 09/17/2007. The Chapter 13 Trustee has filed the Final Report and Account of his administration of this estate. Accordingly, it is now

ORDERED that the Trustee be and is hereby discharged, that his bond be cancelled and the surety thereon be released from further liability thereunder and that the estate be and is hereby closed.

San Juan, Puerto Rico, this 27th day of August, 2008.

Sara E. De Jesús Kellogg
U.S. Bankruptcy Judge

cc: JOSE RAMON CARRION MORALES